IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

RONALD J. HAMILTON                                                                                    PLAINTIFF

v.                                      Civil No. 6:21-CV-06016-SOH-MEF

SUPERINTENDENT DeANGELO EARL                                                              DEFENDANTS
(Ouachita River Correctional Unit "ORCU"),
TODD BALL (Deputy Warden, ORCU) and
BRYANT DALLAS (Shift Captain, ORCU)

**ORDER**

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983. Plaintiff proceeds *in forma pauperis*. Currently before the Court are Plaintiff's Motion to Relieve Counsel and Motion to Appoint Counsel. (ECF Nos. 101, 102).

In his Motion to Relieve Counsel, Plaintiff notes that attorney Matthew Bender has accepted a faculty position at a law school outside of the State of Arkansas and points to a past lapse in communication and confusion as to who would continue his representation. (ECF No. 101). He notes that at one point, he was told that the new director of the University of Arkansas Legal Clinic, Jacob Worley, would be taking over his case. (*Id*.). Plaintiff asks that Matthew Bender be permitted to be relieved as counsel and another counsel appointed, preferably private counsel not associated with a legal clinic. (ECF Nos. 101, 102).

The Court has contacted both attorneys concerning this case. Mr. Bender has agreed to act as lead counsel in this case, with Mr. Worley acting as co-counsel. Thus, Plaintiff will be aided by two attorneys and two law school legal clinics. Due to the late stage of the case, and these attorneys' familiarity with the case, it would not benefit Plaintiff to appoint outside counsel who would have to become familiar with the proceedings, likely necessitating a delay. Plaintiff also

1

expressed concern that law school legal clinics have long backlogs. This concern about case delay does not apply, as the scheduling deadlines have been set and the response to the Summary Judgment Motion is due at the end of this month.

Accordingly, Plaintiff's Motion to Relieve Counsel (ECF No. 101) is DENIED, and Matthew Bender shall remain as counsel for Plaintiff. Further, Plaintiff's Motion to Appoint Counsel (ECF No. 102) is GRANTED, and Jacob A. Worlow is added as co-counsel for the Plaintiff.

IT IS SO ORDERED this 12th day of February 2024.

/s/ *Mark E. Ford*
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE